ZARELLA, J., concurring.
 

 I concur in the judgment of this court and join the majority opinion for the reasons stated therein. My conclusion would be different, however, if we had been asked to revisit the basis for our decision in
 
 Ciarlelli
 
 v.
 
 Hamden
 
 ,
 
 299 Conn. 265
 
 ,
 
 8 A.3d 1093
 
 (2010) ; see id., 301,
 
 8 A.3d 1093
 
 (
 
 Zarella, J.
 
 , concurring); and if I was convinced that the reliance interests were not sufficient to require this court to follow that precedent. See
 
 State
 
 v.
 
 Peeler
 
 ,
 
 321 Conn. 375
 
 , 469,
 
 140 A.3d 811
 
 (2016) (
 
 Zarella, J.
 
 , dissenting).